# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3219

_____


SEBASTIAN SADLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


_____


On appeal from the Circuit Court for Taylor County.
Greg Parker, Judge.

November 6, 2025


PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.